# EXHIBIT 1

# In The Matter Of:

*Ball Corporation, et al. vs.*
*Air Tech of Michigan, Inc., et al.*

---

*30(B)(6) of Ball Corporation through designee Matthew Kirkpatrick*
*September 7, 2018*

---

*Midwest Reporting, Inc.*
*1448 Lincoln Way East*
*South Bend, Indiana 46613*
*reporters@midwestreporting.net*
*574-288-4242*

Original File Kirkpatrick Matthew.txt
Min-U-Script® with Word Index

```
                                                                    4

 1              (Defendant's Exhibits 77, 77-A, 78, 78-A,
 2              78-B, 78-C, 78D and 79 were marked for
 3              identification.)
 4                      MATTHEW KIRKPATRICK
 5   called as a witness by the Defendant, having been first duly
 6   sworn, was examined and testified as follows:
 7                      DIRECT EXAMINATION
 8   BY MR. O'BRIEN:
 9   Q    Good morning.
10   A    Morning.
11   Q    Please state your name for the record?
12   A    Matthew Kirkpatrick.
13   Q    Okay.  And thank you for being here this morning,
14        Matthew.  Have you ever given a deposition before?
15   A    No, I haven't.
16   Q    Okay.  I'm gonna run through basic ground rules.
17        Nothing too -- too complicated here.  Try to wait till
18        I'm done asking a question till you start to answer.
19        And the reason being is she's trying to take down
20        everything I say and everything you say today, in
21        addition to everything Mr. Senak says, so it gets
22        difficult if we're talking over each other.  So let's
23        do our best to -- to talk one at a time.
24   A    Okay.
25   Q    If you need to take a break at any time, just let me
```

```
                                                                    15
 1               it's appropriate to have him explain or have
 2               him answer the question, even if that may in
 3               some regards you may need to draw upon
 4               information that I've provided you, but with
 5               that said, go ahead and answer the question.
 6                    THE WITNESS:  Okay.
 7    A    It's my understanding that there are specific points at
 8         issue that were identified in the deposi -- for the
 9         deposition.  I'm identified as the individual who is
10         specifically responsibile for speaking to several of the
11         points within that.  So this -- I'm required to be an
12         expert on those points, and the scope of what we discuss
13         in relation to them is limited to what was requested in
14         the documents.
15   BY MR. O'BRIEN:
16    Q    Okay.  And I think you've kind of alluded to it but is
17         it your understanding you are here to testify on behalf
18         of Ball?
19    A    I'm here to answer questions.  I'm not testifying for
20         Ball.  I --
21    Q    Okay.
22    A    I don't believe was a party in this.  Or was -- was a --
23         a named party in what we're doing here.
24    Q    Okay.  So I wanna make sure I understand.  Your
25         understanding is that Ball is not a party to -- to
```

```
                                                                16
 1       what?
 2   A   To the ongoing lawsuit.  When I say, party, I mean at
 3       risk or compensatory damages are being sought from us
 4       or anything like that.
 5   Q   Sought from Ball?
 6   A   From Ball.
 7   Q   Okay.  I think I agree with that.  There's -- there's no
 8       damages being sought --
 9   A   Okay.
10   Q   -- from Ball.
11              But I'm trying to -- trying to understand.  So
12       your understanding's that Ball is not a party to this
13       lawsuit; is that your understanding?
14   A   Well, I -- I guess I need the definition of party.
15   Q   Okay.  Are they -- are they named in the lawsuit?
16   A   I don't know.
17   Q   Okay.  All right.  In any event, so I guess you're here
18       to -- it may be a terminology issue.  You're here to --
19       to tell me, based on the topics that you've been
20       identified to testify or to speak to today, you're here
21       to speak on behalf of Ball on those topics; is that your
22       understanding?
23   A   Yes.
24   Q   Okay.  And you understand that what you say here today
25       will be binding as if it's Ball itself giving the
```

```
                                                              127

 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF INDIANA
 2

 3   BALL CORPORATION, AN INDIANA    )
     CORPORATION AND FACTORY         )
 4   INSURANCE COMPANY, A            )
     RHODE ISLAND CORPORATION,       )
 5   AS SUBROGEE,                    )
                                     )
 6              Plaintiffs,          )    Cause No.
                                     )    4:16-CV-00042-RL-APR
 7              -vs-                 )
                                     )
 8   AIR TECH OF MICHIGAN, INC.,     )
     A MICHIGAN CORPORATION,         )
 9                                   )
                Defendant.           )
10   - - - - - - - - - - - - - - - -

11
                      MATTHEW KIRKPATRICK
12
           I hereby acknowledge that I have read the foregoing
13   transcript regarding the case of Ball Corporation v. Air Tech
     of Michigan, taken Friday, September 7, 2018, and that the
14   same is a true and correct transcription of the answers given
     by me to the questions propounded, except for the additions
15   or changes, if any, as noted on the attached errata sheet.

16

17
                              _____
18                            Matthew Kirkpatrick

19                            Subscribed and sworn to me this
                              _____ day of _____,
20                            2018, A.D.

21
                              _____
                              Notary Public or Witness
22                            State of _____
                              County of _____
23                            My Commission expires: _____

24

25
```